# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBIN J. MCPHERSON (3),<br><br>    Defendant. | Case No. 98-cr-03260-JLS-3<br><br>**ORDER DIRECTING<br>U.S. PROBATION OFFICE TO<br>UPDATE PRESENTENCE REPORT** |

Pursuant the joint motion and good cause appearing, the Court orders the United States Probation Office to prepare an updated presentence report in this matter.

**IT IS SO ORDERED.**

Dated: August 30, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge